# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| UNITEDHEALTHCARE COMMUNITY ) | |
| PLAN OF NEW JERSEY, ) | |
| ) | |
| Defendant. | |

## COMPLAINT

Plaintiff The Nemours Foundation ("Nemours"), by its attorneys, Pepper Hamilton LLP, brings this action against Defendant UnitedHealthcare Community Plan of New Jersey ("United New Jersey"), as follows:

## Nature of the Action

1. This is an action for breach of contract brought by Nemours, one of the nation's leading pediatric health care providers, against United New Jersey, a company that offers coverage to beneficiaries of New Jersey's Medical Assistance program.

2. Nemours owns and operates, _inter alia_, the Alfred I. duPont Hospital for Children in Wilmington, Delaware (the "Hospital"), and the Nemours duPont Pediatrics ("Nemours Pediatrics"), a pediatric physician practice that operates in Delaware, Pennsylvania, and New Jersey.

3. Nemours and United New Jersey are parties to a Settlement Agreement wherein United New Jersey agreed to reimburse Nemours at certain specified percentages of billed charges for services rendered to United New Jersey members.

4. In breach of the Agreement, United New Jersey has failed repeatedly to pay Nemours in full for services provided to United New Jersey members in accordance with the terms of the Agreement. Nemours accordingly brings the instant action for breach of contract.

5. Nemours is entitled to damages in excess of $1,250,000.00 (one million two hundred and fifty thousand dollars), exclusive of interest and costs.

## Parties

6. Nemours is a not-for-profit corporation incorporated under the laws of the State of Florida, with its principal place of business located at 10140 Centurion Boulevard North, Jacksonville, Florida 32256.

   a. Nemours is one of the largest charitable institutions devoted to pediatric patient care, teaching and research in the United States.

   b. For more than sixty years, Nemours has been dedicated to providing treatment and curative services to acutely and chronically ill children.

   c. Through the Hospital, children's clinics, primary care pediatricians and specialists, Nemours provides a comprehensive range of specialized pediatric services, including hospital services, many of which are not generally available at community hospitals or general acute care hospitals.

7. United New Jersey is a New Jersey corporation with its principal place of business located at Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102. Upon information and belief, United New Jersey is a party to a contract with the New Jersey Department of Human Services ("DHS"), pursuant to which United New Jersey agrees to

provide and administer health care services to Medical Assistance recipients in New Jersey in exchange for a monthly payment from DHS per member enrolled in United New Jersey's plan. According to the DHS website, "NJ FamilyCare [is] New Jersey's publicly funded health insurance program [that] includes CHIP, Medicaid and Medicaid expansion populations." According to its website, the UnitedHealthcare Community Plan NJ FamilyCare program "offers healthcare coverage to beneficiaries of New Jersey's NJ FamilyCare Program in all areas of the state." Medical Assistance and CHIP beneficiaries covered by United New Jersey are referred to as "members" of United New Jersey.

### Jurisdiction and Venue

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different states.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) in that a substantial part of the claims and causes of action alleged herein arose in this District.

### Factual Background

**Nemours' Contract with United New Jersey**

10. Effective February 2, 2004, Nemours and United New Jersey entered into a Settlement Agreement whereby United New Jersey agreed to reimburse Nemours a specified percentage of billed charges (*i.e.*, list prices) for services that the Hospital and Nemours Pediatrics provided to United New Jersey's members in the future. The Settlement Agreement, as to United New Jersey, terminated on September 30, 2013.

11. As the specific terms (in particular, the specific payment rates) of the Settlement Agreement are commercially sensitive and confidential, the Settlement Agreement is not attached to this Complaint.

**United New Jersey Breaches Its Agreement With Nemours**

12. Nemours has provided various hospital, in-patient, out-patient, physician, and related medical services to United New Jersey's members.

13. United New Jersey authorized and approved Nemours to provide these medical services to United New Jersey's members before Nemours performed them and/or these services are required to be covered by the New Jersey Medicaid and CHIP programs without authorization (such as emergency care services).

14. These various medical services are covered services under the New Jersey Medical Assistance and CHIP programs and are thus subject to reimbursement under the Settlement Agreement.

15. United New Jersey has failed to pay Nemours in full in accordance with the Settlement Agreement for these covered medical services provided to United New Jersey's members.

16. For claims of reimbursement with dates of service from January 1, 2010 to September 30, 2013, the total amount of these underpayments exceed one million two hundred and fifty thousand dollars ($1,250,000.00).

## Count I (Breach of Contract)

17. Nemours repeats and realleges each of the allegations contained in paragraphs 1 through 16 of the Complaint, and incorporates them by reference as if separately set forth herein.

18. Nemours, on the one hand, and United New Jersey, on the other hand, entered into a legally binding written agreement whereby United New Jersey agreed to reimburse Nemours at agreed-upon rates for services provided to its members by the Hospital and Nemours Pediatrics.

19. The Hospital and Nemours Pediatrics provided services to members of United New Jersey, and such services are covered by the New Jersey Medical Assistance and CHIP programs.

20. United New Jersey has failed to fully reimburse Nemours for these services in accordance with the Settlement Agreement.

21. United New Jersey currently owes Nemours an amount in excess of $1,250,000.00 for these unpaid or underpaid health care services.

22. Section 10(a) of the Settlement Agreement entitles Nemours to accrued interest on its outstanding balance "pursuant to the appropriate state prompt pay law or regulation."

23. Nemours is a health care provider entitled to prompt payment of its claims from carriers under the New Jersey Prompt Payment Act, N.J. Stat. Ann. § 17B:30-32 (2011)

(the "Prompt Payment Act"), because Nemours provides health care services, including both hospital and physician services, which are covered by United New Jersey.

24. United New Jersey is a carrier covered by the Prompt Payment Act because it is a managed care health plan authorized to administer health benefits plans in the State of New Jersey.

25. Under the Prompt Payment Act's implementing regulations, N.J. Admin. Code § 11:22-1.5, United New Jersey must pay clean claims in full within thirty (30) days of receipt of the clean claims where the claims are submitted electronically from the health care provider.

26. Nemours has submitted clean claims to United New Jersey.

27. United New Jersey received these claims.

28. United New Jersey has not reimbursed Nemours in full for these clean claims within the time period mandated by the Prompt Payment Act.

29. As a result of United New Jersey's failure to abide by the Prompt Payment Act as described above, pursuant to N.J. Admin. Code § 11:22-1.6(c), United New Jersey owes statutory interest at the rate of ten percent per annum to Nemours on these tardily and unpaid clean claims, and in accordance with the Prompt Payment Act, further owes Nemours continuing interest penalties that accrue each day that Nemours remains unpaid.

30. Nemours is also entitled, under Section 10(b) of the Settlement Agreement, to "reasonable attorneys' fees and costs in the event that Nemours commences suit and prevails on its litigation claims" in this matter.

31. Pursuant to Fed. R. Civ. P. 38, Nemours hereby demands a trial by jury of all issues so triable.

WHEREFORE, plaintiff The Nemours Foundation asks this Court for the following relief:

1. An award of damages in an amount in excess of $1,250,000.00, plus applicable prejudgment interest;

2. Interest under the New Jersey Prompt Payment Act;

3. Reasonable attorneys' fees and costs; and

4. Any such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Joanna J. Cline
Joanna J. Cline (Del. Bar No. 5873)
James H. S. Levine (Del. Bar No. 5355)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile:  302.421.8390
clinej@pepperlaw.com
levinejh@pepperlaw.com

*Attorneys for Plaintiff The Nemours Foundation*

Of Counsel

Barak A. Bassman (PA 85626)*
Michele Zarychta (PA 200743)*
Nefertiri R. Sickout (PA 307016)*
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000
Facsimile:  215.981.4750
bassmanb@pepperlaw.com
zarychtm@pepperlaw.com
sickoutn@pepperlaw.com
*Pro Hac Vice Motions to be filed

Dated: April 9, 2014