### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:14-cv-00452-RGA |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| UNITEDHEALTHCARE COMMUNITY ) | |
| PLAN OF NEW JERSEY, ) | |
| ) | |
| Defendant. ) | |

### **JOINT STIPULATION OF DISMISSAL**

Plaintiff, The Nemours Foundation ("Nemours"), and Defendant, UnitedHealthcare Community Plan of New Jersey, by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, pursuant to the parties' Settlement Agreement and Release (the "Agreement"). The parties shall bear their own costs, including attorneys' fees.

Dated: July 14, 2014

/s/ *James H. S. Levine*
Joanna J. Cline (Del. Bar No. 5873)
James H.S. Levine (Del. Bar No. 5355)
PEPPER HAMILTON LLP
1313 North Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6536
*clinej@pepperlaw.com*
*levinejh@pepperlaw.com*

Barak A. Bassman*
Michele C. Zarychta*
Nefertiri R. Smarr*
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets

/s/ *Julie M. Murphy*
Julie M. Murphy (Del. Bar No. 5856)
STRADLEY RONON STEVENS
    & YOUNG, LLP
1000 N. West Street, Suite 1278
Wilmington, DE 19801
(302) 295-3805
*jmmurphy@stradley.com*

Jeffrey A. Lutsky*
Joseph T. Kelleher*
Samantha Kats*
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000
*jlutsky@stradley.com*
*jkelleher@stradley.com*

Philadelphia, PA 19103
(215) 981-4000
*bassmanb@pepperlaw.com*
*zarychtam@pepperlaw.com*
*smarrn@pepperlaw.com*
*Admitted Pro Hac Vice

*Attorneys for Plaintiff*
*The Nemours Foundation*

*skats@stradley.com*
*Admitted Pro Hac Vice

*Attorneys for Defendant*
*UnitedHealthcare Community*
*Plan of New Jersey*

APPROVED AND SO ORDERED:

_____
Richard G. Andrews, J. 8/4/14